Allison HOPSON, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 59356.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 23, 1991.

William J. Swift, St. Louis, for movant,
appellant.

William L. Webster, Atty. Gen., Geoffrey
W. Preckshot, Asst. Atty. Gen., Jefferson
City, for respondent.

### ORDER

PER CURIAM.

Movant Allison Hopson appeals dismissal of Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).